**No. 09-11270. Daniel P. McKinney, Petitioner v. Ohio.**

562 U.S. 871, 131 S. Ct. 171, 178 L. Ed. 2d 102, 2010 U.S. LEXIS 6993.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Defiance County, denied.

**No. 09-11272. David Harford, Petitioner v. United States.**

562 U.S. 871, 131 S. Ct. 171, 178 L. Ed. 2d 102, 2010 U.S. LEXIS 6837.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 370 Fed. Appx. 322.

**No. 09-11273. Manley Grey, Petitioner v. United States.**

562 U.S. 871, 131 S. Ct. 171, 178 L. Ed. 2d 102, 2010 U.S. LEXIS 7071.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 369 Fed. Appx. 331.

**No. 09-11274. Domingo Hernandez, Petitioner v. United States.**

562 U.S. 871, 131 S. Ct. 171, 178 L. Ed. 2d 102, 2010 U.S. LEXIS 6619.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 360 Fed. Appx. 287.

**No. 09-11276. Jose Rafael Guerra, Petitioner v. United States.**

562 U.S. 871, 131 S. Ct. 171, 178 L. Ed. 2d 102, 2010 U.S. LEXIS 7111.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 569.

**No. 09-11279. Angela Dee Isley, Petitioner v. United States.**

562 U.S. 871, 131 S. Ct. 172, 178 L. Ed. 2d 102, 2010 U.S. LEXIS 6782.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 369 Fed. Appx. 80.

**No. 09-11280. Dennis Emerson Gonzalez, Petitioner v. United States.**

562 U.S. 871, 131 S. Ct. 172, 178 L. Ed. 2d 102, 2010 U.S. LEXIS 7032.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 596 F.3d 1228.